IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD DRUMMOND,<br>Petitioner,<br><br>v.<br><br>KEVIN RANSOM, et al.,<br>Respondents. | : : : : : : : : : | CIVIL ACTION<br><br><br><br>No. 22-5041 |

## ORDER

**AND NOW,** this 19th day of November, 2024, upon independent consideration of Petitioner Gerald Drummond's Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, (ECF No. 35), and his Motion for an Order Authorizing Undersigned Counsel to Exhaust Available State Remedies (ECF No. 45), and any responses and replies thereto, and after review of the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos, of which there were no objections filed by the parties, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED;**

2. The request for an order authorizing habeas counsel to represent Petitioner in the state court proceedings (ECF No. 45) is **DENIED;**

3. The Petitioner shall either file a motion for a stay and abeyance or a notice indicating that he intends to stand on his amended petition without exhausting his available state court remedies, within fourteen days of the date of this Order.

BY THE COURT:

/s/ John Milton Younge
HON. JOHN M. YOUNGE
United States District Judge